IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CECIL THOMPSON, | No. 4:22-CV-01159 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| CITY OF WILLIAMSPORT, *et al.*, | |
| Defendants. | |

### ORDER

**NOVEMBER 17, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motions to Dismiss (Docs. 38, 43) are **GRANTED**;

2. Plaintiff's First and Eighth Amendment claims against Defendant Jason P. Bolt are dismissed with prejudice;

3. Plaintiff's state law malicious prosecution claim against Defendants City of Williamsport and Lycoming County is dismissed with prejudice; and

4. Plaintiff is granted leave to file an amended complaint no later than twenty-one (21) days from the date of this Order. If no amended complaint is filed by that date, the action will be subject to dismissal with prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge