IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CECIL THOMPSON, | No. 4:22-CV-01159 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| CITY OF WILLIAMSPORT, *et al.*, | |
| Defendants. | |

### ORDER

**APRIL 23, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Lycoming County's motion to dismiss (Doc. 63) is **GRANTED** without prejudice as to Plaintiff's 42 U.S.C. § 1985(2) witness intimidation claim, and **GRANTED** with prejudice as to all other claims.

2. Defendant Lycoming County is dismissed from the case.

3. Defendant City of Williamsport's motion to dismiss (Doc. 64) is **DENIED** in part and **GRANTED** in part;

    a. The motion is **DENIED** as to Plaintiff's 42 U.S.C. § 1983 Fourth Amendment claims for false arrest, false imprisonment, and malicious prosecution.

    b.    The motion is **GRANTED** without prejudice as to Plaintiff's 42 U.S.C. § 1985(2) witness intimidation claim.

    c.    The motion is **GRANTED** with prejudice as to all other claims.

4. Defendant Jason P. Bolt's motion to dismiss (Doc. 64) is **DENIED** in part and **GRANTED** in part:

    a.    The motion is **DENIED** as to Plaintiff's 42 U.S.C. § 1983 Fourth Amendment claims for false arrest, false imprisonment, and malicious prosecution;

    b.    The motion is **DENIED** as to Plaintiff's Pennsylvania state law claims for false arrest, false imprisonment, and malicious prosecution;

    c.    The motion is **GRANTED** without prejudice as to Plaintiff's 42 U.S.C. § 1985(2) witness intimidation claim; and

    d.    The motion is **GRANTED** with prejudice as to all other claims.

5. Plaintiff shall show cause as to why this Court should not dismiss his claims against Defendants Dayna Sierra and Sherry Clark for failure to prosecute by May 14, 2024.

                                                BY THE COURT:

                                                *s/ Matthew W. Brann*
                                                Matthew W. Brann
                                                Chief United States District Judge