# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CECIL THOMPSON,

Plaintiff,

v.

CITY OF WILLIAMSPORT and JASON P. BOLT,

Defendants.

No. 4:22-CV-01159

(Chief Judge Brann)

## ORDER

**AUGUST 21, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment (Doc. 95) is **GRANTED** as to Count I;
2. Defendants' Motion is **DENIED** as to Counts II, III,[1] IV, and V;
3. Final Judgment is entered in favor of Defendant City of Williamsport and against Plaintiff on Count I; and

[1] The Second Amended Complaint contains two Counts numbered "III." Doc. 62 at 24-27. The first has already been dismissed. This Order refers to the second, which is a state tort claim for false arrest and/or false imprisonment against Bolt.

4. A telephonic conference call with counsel of records will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge