AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

Cecil Thompson
*Plaintiff*
v.
City of Williamsport et al
*Defendant*

Civil Action No. 4:22-CV-01159

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Final Judgment is entered in favor of Defendant City of Williamsport and against Plaintiff on Count I.

This action was *(check one)*:

❐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❐ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge Matthew W. Brann on a motion for Summary Judgment (Doc. 95).

Date: August 21, 2026

*CLERK OF COURT*

s/ Emily C. Aikey
*Signature of Clerk or Deputy Clerk*